| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Thomas E Corbett** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–2328** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | |
| Case number:  **14–45534** | | |

# Order of Discharge                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas E Corbett

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

July 11, 2018                                       **For the court:**      Jeffrey P. Allsteadt, Clerk
                                                                            United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                        Case No. 14-45534-JSB
Thomas E Corbett                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte              Page 1 of 2                  Date Rcvd: Jul 11, 2018
                              Form ID: 3180W              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
db            +Thomas E Corbett,   511 Mallard Lane,   APT# C,   Sugar Grove, IL 60554-9334
23190198      +AURORA EMERGENCY ASSOCIATES, LTD.,   (Provena Mercy Center),   PO Box 12907,
               Norfolk VA 23541-0907
22762669      +Aurora Emergency Associates,   3429 Regal Drive,   Alcoa,TN 37701-3265
22762659      +BMO Harris BANK,   Attn: Bankruptcy Dept.,   Po Box 94034,   Palatine,IL 60094-4034
22804319       BMO Harris Bank N.A.,   770 N. Water street attn BRK-180-rc,   Milwaukee,WI 53202-3593
22762664      +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta,GA 30374-0241
22762663      +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen,TX 75013-2002
22762648      +Freedman Anselmo Lindberg &,   Bankruptcy Dept.,   PO Box 3216,   Naperville,IL 60566-7216
23387898      +Green Tree Servicing LLC,   c/o Pierce & Associates,   1 N. Dearborn, Suite 1300,
               Chicago, IL 60602-4321
22762670      +Hrrg,   PO BOX 459080,   Fort Lauderdale,FL 33345-9080
22762653      +Kane County Clerk of Court,   Bankruptcy Dept.,   PO Box 112,   Geneva,IL 60134-0112
22762654      +Kevin W. Mortell,   1821 Walden Office Square, STE 400,   Schaumburg,IL 60173-4273
22762671      +Mercy Center,   Attn: Bankruptcy Department,   1325 North Highland Ave,   Aurora,IL 60506-1458
22762667      +Rolling Oaks Homeowners Association,   c/o Keay & Costello, P.C.,   128 South County Farm Road,
               Wheaton, IL 60187-2400
22762666      +Stellar Recovery,   Bankruptcy Dept.,   PO Box 1234,   Fort Mill,SC 29716-1234
22762662       Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester,PA 19022
22762657      +United Recovery Service LLC,   Bankruptcy Dept.,   18525 Torrence Ave., Ste. C-6,
               Lansing,IL 60438-2891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22776892       EDI: AIS.COM Jul 12 2018 04:28:00    American InfoSource LP as agent for,   Presence Health,
               PO Box 248838,   Oklahoma City, OK   73124-8838
22788712       EDI: AIS.COM Jul 12 2018 04:28:00    American InfoSource LP as agent for,
               Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK   73126-8941
22762647       EDI: CAPITALONE.COM Jul 12 2018 04:28:00    Capital One,   Attn: Bankruptcy Dept.,
               Po Box 85520,   Richmond,VA 23285
22762655      +EDI: CHASE.COM Jul 12 2018 04:28:00    CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,
               Wilmington,DE 19850-5298
22762656      +EDI: CITICORP.COM Jul 12 2018 04:28:00    CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,
               Sioux Falls,SD 57117-6241
22885935       EDI: CAPITALONE.COM Jul 12 2018 04:28:00    Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,   PO Box 71083,   Charlotte, NC   28272-1083
22762652      +EDI: MID8.COM Jul 12 2018 04:28:00    Citibank N.A.,   C/O Midland Funding,
               8875 Aero Dr Ste 200,   San Diego,CA 92123-2255
22762665       EDI: ESSL.COM Jul 12 2018 04:28:00    Dish Network,   Attn: Bankruptcy Dept.,   Dept. 0063,
               Palatine,IL 60055-0063
22762661       EDI: RMSC.COM Jul 12 2018 04:28:00    Green TREE Servicing L,   Attn: Bankruptcy Dept.,
               332 Minnesota St Ste 610,   Saint Paul,MN 55101
23071833       E-mail/Text: bankruptcy.bnc@ditech.com Jul 12 2018 00:49:43    Green Tree Servicing LLC,
               PO BOX 6154,   Rapid City, SD 57709-6154
22762651      +EDI: LTDFINANCIAL.COM Jul 12 2018 04:28:00    LTD Financial Services,   Bankruptcy Dept.,
               7322 SW Freeway, Ste. 1600,   Houston,TX 77074-2134
22762658      +EDI: MID8.COM Jul 12 2018 04:28:00    Midland Credit Management,   Bankruptcy Dept.,
               8875 Aero Dr., Ste. 200,   San Diego,CA 92123-2255
22762668      +E-mail/Text: mmrgbk@miramedrg.com Jul 12 2018 00:50:16    MiraMed Revenue Group,
               C/o Presence Mercy Medical Ctr,   Dept. 77304, PO Box 77000,   Detroit,MI 48277-2000
23182721       EDI: PRA.COM Jul 12 2018 04:28:00    Portfolio Recovery Associates, LLC,
               successor to CitiBank, N.A.,   (THE HOME DEPOT),   POB 41067,   Norfolk, VA 23541
22762649      +EDI: CITICORP.COM Jul 12 2018 04:28:00    THD/CBNA,   Attn: Bankruptcy Dept.,   Po Box 6497,
               Sioux Falls,SD 57117-6497
22762660       EDI: USBANKARS.COM Jul 12 2018 04:28:00    US BANK Hogan LOC,   Attn: Bankruptcy Dept.,
               Po Box 5227,   Cincinnati,OH 45201
22762650      +E-mail/Text: edinkel@vikingservice.com Jul 12 2018 00:51:53    Viking Client Services,
               7500 Office Ridge Circle,   Eden Prairie,MN 55344-3782
25667976       EDI: ECAST.COM Jul 12 2018 04:28:00    eCAST Settlement Corporation,   PO Box 29262,
               New York NY 10087-9262
23082942       EDI: ECAST.COM Jul 12 2018 04:28:00    eCAST Settlement Corporation, assignee,
               of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0752-1          User: arodarte              Page 2 of 2                   Date Rcvd: Jul 11, 2018
                              Form ID: 3180W              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor   Green Tree Servicing LLC anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Dana N O'Brien    on behalf of Creditor    Green Tree Servicing LLC dana.obrien@mccalla.com,
           NDistrict@mccalla.com
          David M Lulkin    on behalf of Debtor 1 Thomas E Corbett ndil@geracilaw.com
          Glenn B Stearns    mcguckin_m@lisle13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ryan S Fojo    on behalf of Debtor 1 Thomas E Corbett ndil@geracilaw.com
                                                                                              TOTAL: 6
```